# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher W. Diorio, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), currently assigned to the Office of the Special Agent in Charge, Boston, Massachusetts. I am authorized to investigate crimes involving violations of Title 18, Title 8, and Title 19 of the United States Code. I have been employed as a HSI Special Agent since March 2003. From August 2002 through March 2003, I served as a Special Agent with the United States Customs Service. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia, where I received training to become a federal agent; specifically, I received certification in the Criminal Investigator Training Program and the HSI Special Agent Training Program. I am also an HSI certified Computer Forensic Agent. I have received training in the investigation of child pornography, child exploitation, and transportation of minors, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).

2. As part of my duties, I investigate criminal violations relating to child exploitation, child pornography, and transportation of minors, including but not limited to violations of 18 U.S.C. §§ 2251, 2252, 2252A, and 2422. I have participated in investigations of child exploitation and child pornography. Many of these investigations have had national or international connections, and many required me to work closely and share information and intelligence with members of other law enforcement agencies, including Federal Bureau of Investigation, the Massachusetts State Police, the Police Departments of local communities

including Boston and the United States Attorney's Office for the District of Massachusetts.

3. I submit this affidavit in support of a criminal complaint against Christopher Jon Saemisch ("SAEMISCH"), DOB XX/XX/1957, of Kansas City, Kansas, charging him with distributing and attempting to distribute child pornography, in violation of 18 U.S.C. § 2252A(a)(2). As described below, there is probable cause to believe that on or about May 3, 2016, SAEMISCH knowingly distributed child pornography.

4. The information set forth in this affidavit is based on an investigation conducted by law enforcement agents, including myself. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint against, and arrest warrant for, SAEMISCH for the distribution of child pornography, I have not included each and every fact known to me concerning this investigation.

## RELEVANT STATUTES

5. Title 18, United States Code, Section 2252A(a)(2) states, in relevant part: "Any person who – knowingly receives or distributes – (A) any child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; or (B) any material that contains child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer . . . shall be punished . . . ." Title 18, United States Code, Section 2252(b)(1) makes it a crime to violate, attempt to violate or conspire to violate, 18 U.S.C. § 2252A(a)(2).

6. Title 18, United States Code, Section 2256(8) defines child pornography as "any visual depiction, including any photograph, film, video, picture, or computer or computer-

generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct."

## STATEMENT OF PROBABLE CAUSE

*Background*

7. On or about March 30, 2016, HSI received information related to the suspected criminal activity of SAEMISCH. The information was relayed to HSI agents through the attorney of a cooperating witness ("CW") who is currently an inmate in Federal Bureau of Prisons ("BOP") custody at FMC-Devens, in Ayer, Massachusetts, and has been incarcerated since 1997 following convictions for child exploitation offenses.

8. The CW's attorney explained to HSI that his client had several communications with SAEMISCH during which SAEMISCH admitted to looking at and storing child pornography as well as wanting to travel to Europe to have sex with children. The information received from the attorney's office also indicated that SAEMISCH had been previously incarcerated with the CW in a BOP facility, currently lived in Kansas, and was in his late 50's.

9. HSI agents positively identified SAEMISCH living in Kansas City, Kansas as a registered sex offender. Using law enforcement databases HSI agents obtained photos of SAEMISCH as well as a detailed criminal history.

10. On April 13, 2016, HSI Boston field agents interviewed the CW and conducted a review of all available electronic communications (messages)[1] between the CW and SAEMISCH.

11. In a message dated March 2, 2016, SAEMISCH told the CW that his email address was "mastershandmm@gmail.com[.]" A review of SAEMISCH's U.S. passport application revealed that SAEMISCH listed "mastershandmm@gmail.com" as his email address.

12. Review of the CW's communications with SAEMISCH revealed several messages in which the CW and SAEMISCH used code words to discuss the collection and distribution of child pornography[2]. During our interview with the CW, he/she also explained that in his/her messages with SAEMISCH, when they referred to child pornography, they used the code word "antiques," and when they referred to children, they used the code word "puppies."

13. For example, on February 27, 2016, the CW wrote to SAEMISCH and said "I assume from your message that you still collect antiques . . . there must be lots out there on the internet." SAEMISCH responded the same day and stated "as far as the antiques business, it is very prolific with new ways to present goods. I am not currently refinishing furniture, I prefer to trade antiques online, no hands on." In addition to using the word "antique" as a

---

[1] In order to send electronic communications (messages) to the CW, SAEMISCH was required to sign up for a CorrLinks account. CorrLinks is a third-party communications company with which BOP contracts to handle communications services between BOP inmates and individuals not in BOP custody. In order to establish a CorrLinks account, SAEMISCH was required to register at www.corrlinks.com using a verified email address. Once registered with the service, SAEMISCH was able to login to his account and send/receive messages to/from the CW.

[2] Based on my training and experience, as well as discussions with BOP staff, I know that individuals corresponding with prisoners in BOP custody often use code words to describe illicit activity because they are aware that all communications in and out of BOP facilities are monitored.

reference to child pornography, SAEMISCH and the CW often referred to the "antique business" or "business" when they referred to trading in child pornography.

14. Throughout the messages the CW often referred to himself as "Nan" or "Nanny" in the 3rd person. On April 4, 2016, the CW informed SAEMISCH that "Nanny" would be getting a smartphone.[3] That same day, SAEMISCH responded to the CW and said he would be in contact with their old friend "Nanny" (referring to the CW) and he (SAEMISCH) might have some information to pass on to him concerning "the business" that should keep "Nan" pretty occupied. SAEMISCH also noted that "speaking of business . . . 30 gigabytes has come in for me to sort out and to place in the proper Warehouse[.]" SAEMISCH then explained that he would have Nanny go to a Dropbox[4] account to make it more accessible.

15. On April 5, 2016, the CW wrote to SAEMISCH and said "don't forget to give me you [sic] kik" and SAEMISCH responded telling the CW his Kik Messenger[5] username was "jonsam35."

16. On May 3, 2016, HSI agents initiated an undercover operation with the assistance of the CW, whereby HSI agents travelled to FMC-Devens and provided the CW with a mobile device and computer equipment capable of accessing Kik Messenger, web-based email

---

[3] The CW reports that he/she did not actually think he/she was going to get a smartphone but sent this to SAEMISCH because he/she was aware that his/her attorney was in contact with law enforcement and wanted to continue the ongoing dialogue with SAEMISCH until he/she was able to talk to said law enforcement.

[4] Dropbox is a web-based file hosting service that allows users to create a special folder on their computer, which Dropbox then synchronizes so that it appears to be the same folder (with the same contents) regardless of which device is used to view it. Files placed in this folder are also accessible via the Dropbox website and mobile apps.

[5] Kik Messenger is an instant messaging application for mobile devices. The app is available on most iOS, Android, Windows Phone operating systems, and Amazon devices free of charge. Kik is similar to BlackBerry's Messenger and iPhone's iMessage. Kik offers swift messaging service and also allows users to share photos, sketches, voice messages, and other content.

services, and the Internet. These devices were under the control of HSI agents at all times during the undercover operation.

17. That evening at approximately 6:48 PM, under the direction of HSI Special Agents, the CW contacted SAEMISCH through Kik Messenger by sending a message to the "jonsam35" username. The message was sent using the Kik Messenger account "nannynan.mn," which was an account that had been created by HSI agents earlier that day. At approximately 7:00 P.M., the following message exchange took place:

| nannynan.mn: | This is nanny69 Respond[6] |
|---|---|
| jonsam35: | Hey I was just send a message CorrLinks |
| nannynan.mn: | This is better but still learning |
| jonsam35: | Cool if you have an email I will send you links |
| nannynan.mn: | Nan.Nanny2020@gmail.com[7] That's what I have so far |
| jonsam35: | Try to go to proton.com[8] and see if you can go ahead and set up a secure email account Sometimes they have a waiting list but I think they have openings now |
| nannynan.mn: | I will try. I'm not sure how much time I have Hold on |

18. Following the above exchange, HSI agents created the email account "nanny69@protonmail.com," which was at all times controlled and viewed only by HSI agents. Then the following exchange continued through Kik Messenger:

---

[6] All Kik Messenger communications referenced in this affidavit have been reproduced exactly as they were sent by the parties, including spelling errors and letter case.

[7] The email account nan.nanny2020@gmail.com was created by HSI agents on May 3, 2016 and at all times controlled by HSI agents.

[8] Based on my knowledge, training, and experience, I know "proton.com" to be a reference to a web-based encrypted email service called ProtonMail owned by Proton Technologies AG, a company based in Switzerland. ProtonMail is designed as a zero-knowledge system, that is, a mail system that prevents access to the email messages it hosts to everyone, including the individuals or corporations hosting its data and/or operating such systems. While such individuals or corporations may gain physical access to the messages in encrypted form, access in any human-readable or machine-readable form is blocked through encryption mechanisms. The encryption keys are held only by the actual owners of the mailboxes.

| | |
|---|---|
| jonsam35: | So how much time do you have? That might determine what we get done here |
| nannynan.mn: | Should have plenty of time Doing it now |
| jonsam35: | Okay cool and then when we are done for the evening you can go up in the upper right hand corner and delete this chat it will still still show me as a contact the only way to get rid of that is to actually uninstall the program |
| nannynan.mn: | Works for nan |
| jonsam35: | I will send you a whole bunch of links and even attachments if you want. Don't get bogged down with any one link right now. I would just go through and see which ones you can immediately access without having to download individual files. The last two links are mine the rest were links sent to me I can also forward some attachments I don't even know what they are just stuff people sent me to get started Trading[.] But Gmail is not secure |
| nannynan.mn: | Nanny69@protonmail.com just finished send it all *[smiley face emoticon] [devil face emoticon]* |
| jonsam35: | Just sent you an estimated hundred gigs of links[.] Again the last two links are mine and the others are open right now but possibly could close at any time so if there's stuff you really like might want to download those first I don't know next thing to do is to go to Mega NZ and open up an account |

19. Immediately following these messages, the "nanny69@protonmail.com" email account received an email from "jaden.howl@protonmail.com" containing 18 hyperlinks to online cloud storage websites, specifically, 3 from Dropbox.com, 12 from Mega.nz[9], and 3 from Yadi.sk[10]. HSI agents immediately clicked on one of the Dropbox.com links and observed it contained child pornography.

20. The Kik Messenger communications continued between the CW and "jonsam35" at which point "jonsam35" specifically acknowledged that the "jaden.howl@protonmail.com" account was his, as reflected below:

---

[9] Mega.nz is a New Zealand-based cloud storage and file hosting service. According to its website, the company offers up to 50 gigabytes of free cloud storage and features advanced file encryption that allows user files to be encrypted and decrypted during transfer only by the user's devices.

[10] Yadi.sk is a website that redirects to the website yandex.disk, which is a Russian-based cloud storage and file hosting.

| | |
|---|---|
| jonsam35: | A lot of the Dropbox links I had we're already shut down but I need to find more of those since I'm sure you'll be able to view them right now |
| nannynan.mn: | Looking now see if it came in |
| jonsam35: | Tough part is remembering all the passcodes you set up[.] So now you have my proton email account is anything working? |

21. The Kik Messenger exchange continued between the CW and "jonsam35" and then the following exchange took place:

| | |
|---|---|
| jonsam35: | Where are you seeing them? On the mega site or on the Dropbox? |
| nannynan.mn: | Drop should I go mega |
| jonsam35: | Hey I don't want to hit you with the best of the best you're going to have to find them on your own this is a treasure hunt you got it enjoy the journey[.] Well you can click on one of the major links and I don't think you'll be able to see the videos but you would see whatever pictures were posted |
| nannynan.mn: | Should make time go quicker |
| jonsam35: | And then it sometime you do when I open up a mega account and get your 50 gigs free and if you want to just transfer mine over to your account. Mine are the last two links I gave you[.] I sent other emails with attachments do you see those? |

22. Upon receiving the last message, I checked the "nanny69@protonmail.com" inbox and observed four additional emails from the "jaden.howl@protonmail.com" email account. All four of the additional emails had attachments containing child pornography.

23. The CW and Kik Messenger user "jonsam35" continued discussing the viewing and transfer of child pornography. Later on, the CW invited "jonsam35" to video chat and the following exchange took place:

| | |
|---|---|
| nannynan.mn: | Just finished Skype[11] setup. Want to be my first |
| jonsam35: | Skype is not secure go to chateen.com/Nanny69[12] |
| nannynan.mn: | Will work on chateen |

---

[11] Skype is an application owned by the Microsoft Corporation that provides video chat and voice call services.

[12] Chateen.com is a temporary video chat website. A user can create a chat room with a unique link and share it with another user who only needs to navigate to said link in order to video chat. In this case, "chateen.com/nanny69" was a link created by jonsam35 so he could chat with the CW.

8

| jonsam35: | Okay I'm there just plug it into your browser and you're there |

24. Upon receiving this message, HSI agents directed the CW to enter the chateen.com/nanny69 video chat room. Shortly after entering the video chat room, an individual whom the CW recognized as SAEMISCH appeared on the screen and began to speak with the CW. HSI agents also compared the individual in the live video chat session to known images of SAEMISCH and observed that it was the same person.

25. During the course of the conversation, which was both audio and video recorded, the CW thanked SAEMISCH for "the gift[.]" The CW then asked SAEMISCH whether a password was required to open the zipped email file and specifically made reference to the file "ass.zip," which was attached to the fourth email received from the "jaden.howl@protonmail.com" account. During the video chat, SAEMISCH responds that "you won't need a password but you will need . . . oh gosh . . . a program to unzip."

26. A review of the last link in the first "jaden.howl@protonmail.com" email reveals, among other things, folders labeled "4star" and "5Star" under a parent folder labeled "AVI." Among the files located in these subfolders were the following video files:

|    | Location | File Name | Description |
|----|----------|-----------|-------------|
| a. | AVI/5Star | f59.avi | This file is an audio and video file approximately 10:10 minutes long. The video depicts a pre-pubescent black minor female on a bed in various stages of undress. The pre-pubescent minor female is copying a video of a nude adult female preforming various sexual acts. The sexually explicit activity consists of vaginal and anal masturbation and at one point in the video an adult hand begins to touch the pre-pubescent minor female's vagina. |
| b. | AVI/5Star | Georgia peach.avi | This file is an audio and video file approximately 3:49 minutes long. This video depicts a pre-pubescent white minor female who is being touched in sexual manner by white appears to be the hand of a white adult male. The adult male specifically touches the vaginal area and breasts of the pre-pubescent minor female. The pre- |

9

|   |   |   | |
|---|---|---|---|
|   |   |   | pubescent minor female is counting out loud in the video while the adult male talks to her.  The pre-pubescent minor female has a sheet over her head and is lying on a bed and is nude from the neck area down. |
| c. | AVI/4star | ed3.avi | This file is an audio and video file approximately 5:20 minutes long.  At the start of the video, a nude white pre-pubescent female minor climbs on top of another white nude pre-pubescent minor in a sexual manner.  The camera then pans to a third pre-pubescent white minor female who is lying on her back at which time an adult male penis penetrates her anus.  The adult male then ejaculates into the pre-pubescent minor's mouth.  The individual holding the camera then follows the third pre-pubescent minor female into the bathroom and then out to another room where children are naked at a table. |

27.  As the Kik Messenger chat is about to end, Kik Messenger user "jonsam35" tells the CW "[y]our welcome and you'll see some of that have 4-star and 5-star folders those are mine that I've sorted so those are the good ones to start with[.]"


## CONCLUSION

28. Based on the foregoing, I believe that there is probable cause to believe that SAEMISCH knowingly distributed child pornography, in violation of 18 U.S.C. § 2252A(a)(2).

Sworn to under the pains and penalties of perjury,

_____
Christopher W. Diorio, Special Agent
Homeland Security Investigations

SUBSCRIBED and SWORN to before me on 5th day of May, 2016.

_____
The Honorable Jennifer C. Boal
Chief United States Magistrate Judge

I have reviewed the videos referenced in paragraph 26 above. I find probable cause to believe that videos depict minors engaging in sexually explicit conduct. The affiant shall preserve the videos provided to the Court for the duration of the pendency of this matter, including any relevant appeal process.

_____
The Honorable Jennifer C. Boal
Chief United States Magistrate Judge